# EXHIBIT C

# Takedown Notice under Daniel's Law New Jersey P.L. 2023, c.113, P.L.2021, c.371, P.L. 2015, c.226) (the "Act") sent by You through Atlas' AtlasMail platform to Intelius on December 21, 2023 regarding Your home address: [redacted] (the "Assigned Claim")

**From**

assignments@atlas.net

**To**

[redacted]@atlasmail.com

**Date**

Thu, Feb 8, 2024 10:35 PM UTC-0500

Assigned Claim: home address: [redacted]

Assignee: Atlas Data Privacy Corporation

Data Broker: Intelius (intelius.com) and affiliates

Effective Date: February 8, 2024

Dear [redacted]

You have previously agreed under Atlas' Daniel's Law Service Terms (the "Terms") that upon receipt of written notice from Atlas (an "Assignment Confirmation") you will irrevocably assign to Atlas or a designated affiliate of Atlas (the "Assignee") the exclusive right to civil enforcement of all claims under the Act covered by the Assignment Confirmation.

This writing shall constitute the Assignment Confirmation under the Terms with respect to the above-referenced Assigned Claim, and shall trigger and confirm Your irrevocable assignment to Assignee as of the Effective Date of all of Your rights to bring civil enforcement actions (including the rights to seek damages, other legal remedies, and fees, costs, and litigation expenses) for violations of Your rights under the Act with respect to the Assigned Claim and following such assignment, the Assignee will have the exclusive right to bring such civil enforcement actions anywhere

in the world with respect to the Assigned Claim. Assignee will share proceeds from enforcement of the Assigned Claim pursuant to the Terms.

Sincerely,
Atlas Team