**LOWENSTEIN SANDLER LLP**
A. Matthew Boxer
Gavin J. Rooney
Rasmeet K. Chahil
One Lowenstein Drive
Roseland, New Jersey 07068
973.597.2500

*Attorneys for Defendants LexisNexis Risk Data Management, LLC and RELX Inc.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS RISK DATA MANAGEMENT, LLC, RELX INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No. 2:24-cv-06160<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for LexisNexis Risk Data Management, LLC ("LNRDM") and RELX Inc. ("RELX") in the above-captioned action certifies as follows:

1. LNRDM's parent corporation is RELX Inc. No publicly held corporation owns 10% or more of the stock of LNRDM.

2.  LNRDM is a limited liability company and RELX Inc., which is incorporated in Delaware and has its principal place of business in New York, is the sole member of LNRDM. Therefore, LNRDM is a citizen of the states of Delaware and New York.

3.  RELX's parent corporation is RELX Overseas Holdings Ltd.  No publicly held corporation directly owns 10% or more of the stock of RELX.  However, RELX's indirect parent company is RELX PLC, which is publicly traded.

4.  RELX Inc. is incorporated in Delaware and has its principal place of business in New York.  Therefore, RELX is a citizen of the states of Delaware and New York.

Dated: May 15, 2024                    By:        /s/ A. Matthew Boxer
                                                  A. Matthew Boxer
                                                  Gavin J. Rooney
                                                  Rasmeet K. Chahil
                                                  **LOWENSTEIN SANDLER LLP**
                                                  One Lowenstein Drive
                                                  Roseland, New Jersey 07068
                                                  973.597.2500
                                                  mboxer@lowenstein.com
                                                  grooney@lowenstein.com
                                                  rchahil@lowenstein.com

                                                  *Attorneys for Defendant LexisNexis Risk Data Management, LLC and RELX Inc.*