**LOWENSTEIN SANDLER LLP**
A. Matthew Boxer
Gavin J. Rooney
Rasmeet K. Chahil
One Lowenstein Drive
Roseland, New Jersey 07068
973.597.2500

*Attorneys for Defendants LexisNexis Risk Data Management, LLC and RELX Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS RISK DATA MANAGEMENT, LLC, RELX INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No. 2:24-cv-06160<br><br>Removed from the Superior Court of New Jersey, Bergen County, Law Division<br><br>State Docket No.: BER-L-000875-24<br><br>**CERTIFICATE OF SERVICE** |

I, **A. Matthew Boxer**, of full age, do hereby certify as follows:

1. I am a Partner at the law firm of Lowenstein Sandler LLP, attorneys for Defendants LexisNexis Risk Data Management, LLC and RELX Inc.

2. On May 15, 2024, I caused a true and correct copy of (1) the Notice of Removal, with exhibits and the Civil Cover Sheet, (2) Rule 7.1 Corporate Disclosure Statement; (3)

Diversity Disclosure Statement (4) this Certificate of Service to be electronically filed via the Court's CM/ECF system.

3. On May 15, 2024, I caused a true and correct copy of the above documents to be served on the following via email and First Class Mail:

**PEM Law LLP**
Rajiv D. Parikh, Esq.
Kathleen Barnett Einhorn, Esq.
1 Boland Drive, Suite 101
West Orange, NJ 07052
rparikh@pemlawfirm.com
keinhorn@pemlawfirm.com

**Boies Schiller Flexner LLP**
James Lee
100 SE 2nd St., 28th Floor
Miami, FL 33131
jlee@bsfllp.com

**Morgan & Morgan**
John A. Yanchunis, Esq.
201 N. Franklin St., 7th Floor
Tampa, FL 33602
T: (813) 223-5505
jyanchunis@forthepeople.com

*Attorneys for Plaintiffs Atlas Data Privacy Corporation, Jane Doe-1, Jane Doe-2, Edwin Maldonado, Scott Maloney, Justyna Maloney, Peter Andreyev, and William Sullivan*

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: May 15, 2024      By:   *s/ A. Matthew Boxer*
                               A. Matthew Boxer
                               **LOWENSTEIN SANDLER LLP**
                               One Lowenstein Drive
                               Roseland, New Jersey 07068
                               973.597.2500

                               *Attorneys for Defendants LexisNexis Risk Data Management, LLC and RELX Inc.*