## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>    Plaintiffs,<br><br>v.<br><br>LEXISNEXIS RISK DATA MANAGEMENT, LLC, RICHARD ROES 1-10, RELX INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>    Defendants. | Civil Action No. 2:24-cv-06160<br><br><br><br>**NOTICE OF APPEARANCE OF GAVIN J. ROONEY** |

**PLEASE TAKE NOTICE** that Gavin J. Rooney of Lowenstein Sandler LLP hereby enters his appearance as counsel of record for Defendants LexisNexis Risk Data Management, LLC ("LNRDM") and RELX Inc. ("RELX", and together, "Defendants"), in the above-captioned action. Accordingly, Defendants respectfully request that any future Notices of Electronic Filing related to this case be forwarded to Mr. Rooney (grooney@lowenstein.com).

Dated: May 15, 2024

By: *s/ Gavin J. Rooney*
Gavin J. Rooney
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, New Jersey 07068
973.597.2500

*Attorneys for Defendants LexisNexis Risk Data Management, LLC and RELX Inc.*