# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS RISK DATA MANAGEMENT, LLC, RICHARD ROES 1-10, RELX INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No. 2:24-cv-06160<br><br><br><br>**NOTICE OF APPEARANCE OF RASMEET K. CHAHIL** |

**PLEASE TAKE NOTICE** that Rasmeet K. Chahil of Lowenstein Sandler LLP hereby enters her appearance as counsel of record for Defendants LexisNexis Risk Data Management, LLC ("LNRDM") and RELX Inc. ("RELX", and together, "Defendants"), in the above-captioned action. Accordingly, Defendants respectfully request that any future Notices of Electronic Filing related to this case be forwarded to Ms. Chahil (rchahil@lowenstein.com).

Dated: May 15, 2024          By:     /s/ Rasmeet K. Chahil
                                              Rasmeet K. Chahil
                                              **LOWENSTEIN SANDLER LLP**
                                              One Lowenstein Drive
                                              Roseland, New Jersey 07068
                                              973.597.2500

                                              *Attorneys for Defendants LexisNexis Risk Data Management, LLC and RELX Inc.*

45580/2
05/15/2024 216286855.1