```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| LEXISNEXIS RISK DATA MANAGEMENT, LLC, et al. | : : : | NO. 24-6160 |

ORDER

AND NOW, this 16th day of May, 2024, it is hereby ORDERED that:

(1)  Plaintiffs, on or before May 31, 2024, shall file any motions to remand and any supporting briefs.

(2)  Plaintiffs, on or before May 31, 2024, shall provide to Defendants and Defendants' counsel a list of Covered Persons under Daniel's Law, N.J. Stat. Ann. §§ 47:1A-1, et seq., and 56:8-166.1, who requested deletion of any privacy information by Defendants and sample forms of Atlas Data Privacy Corporation's Terms of Service.  This information shall not be otherwise disclosed until further order of this court.

(3)  The parties are notified that:

(a)  The court will hold a Status Conference on Monday, June 3, 2024 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey to deal with the jurisdictional discovery to be allowed in connection with

Plaintiffs' pending motions to remand the actions concerning Daniel's Law to the Superior Court of New Jersey; and

(b) The parties in the actions that are subject to Plaintiffs' motions to remand are directed to confer and if possible agree with a plan consistent with the court's rulings at the May 7, 2024 status conference.[1]

BY THE COURT:

/s/ Harvey Bartle III
                                              J.

---

1. Although this action was not before this court on May 7, 2024, it appears that counsel for all parties were present at the status conference on May 7, 2024 and are aware of what transpired.

-2-