

A. Matthew Boxer
Partner
Chair, White Collar Criminal Defense

One Lowenstein Drive
Roseland, New Jersey 07068

T: (973) 422-6454
F: (973) 422-6455
E: mboxer@lowenstein.com

June 10, 2024

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
   Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re: *Atlas Data Privacy Corp., et al v. LexisNexis Risk Data Management, LLC, et al.* (No. 24-6160) – Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint

Dear Judge Bartle:

This firm represents defendants LexisNexis Risk Data Management, LLC and RELX Inc. ("Defendants") in the above-referenced matter. We write to advise the Court that Defendants join the Consolidated Motion to Dismiss Brief, which was filed today under Dkt. No. 27 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P.*, No. 1:24-cv-04105 (the "Consolidated Motion to Dismiss"). For the reasons set forth in the Consolidated Motion to Dismiss, Defendants respectfully request that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

Respectfully submitted,

/s/ A. Matthew Boxer

A. Matthew Boxer

cc: All Counsel of Record via ECF