# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PETER ANDREYEV, and WILLIAM SULLIVAN, <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br>LEXISNEXIS RISK DATA MANAGEMENT, LLC, RELX INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*, <br><br>　　　　　　Defendants. | Civil Action No. 1:24-cv-6160-HB <br><br>**STIPULATION** |

　　It is hereby stipulated and agreed, by and between all Plaintiffs ("Plaintiffs") and all Defendants ("Defendants") acting through their duly authorized counsel, that Plaintiffs hereby withdraw that portion of their motion to remand [see ECF No. 9-1, pages 14-15] which asserts that Defendants did not timely remove this action from state court pursuant to 28 U.S.C. § 1446(b).

[*Signature page follows*]

-2-

| | |
|---|---|
| **PEM LAW LLC** | **LOWENSTEIN SANDLER LLP** |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| | |
| By: <u>*/s/ Rajiv D. Parikh*</u> | By: <u>*/s/ A. Matthew Boxer*</u> |
|       Rajiv D. Parikh |       A. Matthew Boxer |
| | |
| Dated:  September 6, 2024 | Dated:  September 6, 2024 |