

**A. Matthew Boxer**
Partner
Chair, White Collar Criminal
Defense

One Lowenstein Drive
Roseland, New Jersey 07068

T: (973) 422-6454
F: (973) 422-6455
E: mboxer@lowenstein.com

September 9, 2024

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
 Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:   *Atlas Data Privacy Corp., et al v. LexisNexis Risk Data Management, LLC, et al.*
(No. 24-6160) – Joinder in Defendants' Consolidated Brief in Opposition to Plaintiffs' Consolidated Motion for Remand

Dear Judge Bartle:

This firm represents defendants LexisNexis Risk Data Management, LLC and RELX Inc. ("Defendants") in the above-referenced matter. We write to advise the Court that Defendants join the Consolidated Brief in Opposition to Plaintiffs' Consolidated Motion for Remand (the "Consolidated Remand Opposition"), which will be filed today in several actions, including the action captioned as *Atlas Data Privacy Corporation, et al. v. CoreLogic, Inc., et al.*, No. 1:24-cv-04230-HB (D.N.J). For the reasons set forth in the Consolidated Remand Opposition, Defendants respectfully request that the Court deny the motion to remand this matter to state court.

Plaintiffs previously had asserted an argument that Defendants did not timely remove this action from state court. For clarity on the docket, we note that pursuant to a stipulation filed today [ECF No. 21], Plaintiffs have withdrawn that portion of their motion to remand.

Respectfully submitted,

/s/ A. Matthew Boxer

A. Matthew Boxer


cc: All Counsel of Record (via ECF)