

A. Matthew Boxer
Partner

One Lowenstein Drive
Roseland, New Jersey 07068

T: (973) 422-6454
F: (973) 422-6455
E: mboxer@lowenstein.com

September 13, 2024

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re:**   ***Atlas Data Privacy Corp., et al v. LexisNexis Risk Data Management, LLC, et al.***
**(No. 24-6160) – Joinder in Defendants' Consolidated Reply Brief on Motion to**
**Dismiss Plaintiffs' Complaint**

Dear Judge Bartle:

This firm represents defendants LexisNexis Risk Data Management, LLC and RELX Inc. (the "LexisNexis Defendants") in the above-referenced matter. We write to advise the Court that the LexisNexis Defendants join the Consolidated Reply Brief in Support of Defendants' Motion to Dismiss (the "Consolidated Reply Brief"), which will be filed today in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P.*, No. 1:24-cv-04105. For the reasons set forth in the initial consolidated brief and the Consolidated Reply Brief, the LexisNexis Defendants respectfully request that the Court grant the motion and dismiss Plaintiffs' Complaint with prejudice.

The LexisNexis Defendants are also filing a supplemental reply brief in further support of Defendants' consolidated motion to dismiss.

Respectfully submitted,

*/s/ A. Matthew Boxer*

A. Matthew Boxer

cc: All Counsel of Record (via ECF)

---

NEW YORK      PALO ALTO      NEW JERSEY      UTAH      WASHINGTON, D.C.      Lowenstein Sandler LLP