

**A. Matthew Boxer**
Partner
Chair, White Collar Defense

One Lowenstein Drive
Roseland, New Jersey 07068

T: (973) 422-6454
F: (973) 422-6455
E: mboxer@lowenstein.com

October 14, 2024

<u>VIA ECF</u>

Honorable Harvey Bartle III, U.S.D.J.
United States District Court
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:   *Atlas Data Privacy Corp., et al v. LexisNexis Risk Data Management, LLC, et al.*
      (No. 24-6160) – Joinder in Defendants' Supplemental Brief

Dear Judge Bartle:

This firm represents defendants LexisNexis Risk Data Management, LLC and RELX Inc. (the "LexisNexis Defendants") in the above-referenced matter. We write to advise the Court that the LexisNexis Defendants join the Supplemental Memorandum of Law in Further Support of Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint (the "Supplemental Brief"), filed on October 11 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P.*, No. 1:24-cv-04105. For the reasons set forth in the Supplemental Brief and Defendants' prior briefing, the LexisNexis Defendants respectfully request that the Court grant the motion and dismiss Plaintiffs' Complaint with prejudice.

Respectfully submitted,

*/s/ A. Matthew Boxer*

A. Matthew Boxer


cc: All Counsel of Record (via ECF)