UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:   October 22, 2024

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**   SHARON RICCI

**TITLE OF CASE:**          **DOCKET NO.:** 24-6160 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
LEXISNEXIS RISK DATA MANAGEMENT, LLC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   HEARING ON [9] MOTION TO REMAND

Hearing on [9] Motion to Remand held on the record.
Motion taken under advisement.

                                                            s/David Bruey
                                                            Deputy Clerk

Time Commenced: 12:55p.m.     Time Adjourned: 1:00p.m.     Total Time in Court: 0:05