# UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
### Camden, NJ

ATLAS DATA PRIVACY CORPORATION, et al.

                Plaintiff,

v.

                Case No.:
                1:24−cv−06160−HB
                Judge Harvey Bartle (EDPA), III

LEXISNEXIS RISK DATA MANAGEMENT, LLC, et al.

                Defendant.

Clerk, Superior Court of New Jersey
Bergen County Justice Center
10 Main Street
Hackensack, NJ 07601

State No: BER L 875 24

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                Very truly yours,

                CLERK OF COURT
                By Deputy Clerk, tf

encl.
cc: All Counsel